UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                      22-CR-119 (JLS) (MJR)

JAEMER SMITH,
DARTWON BROOKS,

        Defendants.

---

### PRETRIAL ORDER

At the December 12, 2022 final status conference, the Court addressed remaining motion *in limine*, among other things, and issued the following ruling, for the reasons below and as stated more fully on the record:

- **Government's motion to introduce inextricably intertwined and/or FRE 404(b) evidence related to Defendant Smith's prior dealings with Diamond Allen, specifically references to the Only the Circle "OTC" gang** (Dkt. 44).

The Court granted the motion under Rule 404(b) and concluded such evidence was admissible under Rule 403.

SO ORDERED.

Dated:    December 12, 2022
             Buffalo, New York

                                                  JOHN L. SINATRA, JR.
                                                  UNITED STATES DISTRICT JUDGE